IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mahmutovic, Munir

Printed: 2/26/08

Case Number: 07 B 16839
Judge: Wedoff, Eugene R
Filed: 9/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 13, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,050.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 351.00 |
| Trustee Fee: |  | 20.04 |
| Other Funds: |  | 3,678.96 |
| Totals: | 4,050.00 | 4,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 351.00 | 351.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 20,000.00 | 0.00 |
| 4. | AMC Mortgage Services Inc | Secured | 18,500.00 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 802.37 | 0.00 |
| 6. | Lakefront Supply | Unsecured | 8,888.07 | 0.00 |
| 7. | Higher Education Student Assistance | Unsecured | 2,206.90 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 298.77 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 18,286.65 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 78.60 | 0.00 |
| 11. | RJM Acquisitions LLC | Unsecured | 133.86 | 0.00 |
| 12. | JVDB Smith Assoc | Unsecured |  | No Claim Filed |
| 13. | Jeffcapsys | Unsecured |  | No Claim Filed |
| 14. | Cfc Deficiency Recover | Unsecured |  | No Claim Filed |
| 15. | Bank Of America | Unsecured |  | No Claim Filed |
| 16. | Chase | Unsecured |  | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 18. | Sallie Mae | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 69,546.22 | $ 351.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 20.04 |
|  | _____ |
|  | $ 20.04 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mahmutovic, Munir

Printed:  2/26/08

Case Number:  07 B 16839
Judge:  Wedoff, Eugene R
Filed:  9/14/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

